Chris J. Zhen (SBN 275575)
Phone: (213) 935-0715
Email: chris.zhen@zhenlawfirm.com
Hogan Ganschow (SBN 256137)
Phone: (805) 453-4435
Email: hogan.ganschow@zhenlawfirm.com
Zhen Law Firm
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DIGITAL MARKETING ADVISORS,<br><br>          Plaintiff,<br><br>vs.<br><br>KALYSTA MALLORY,<br><br>          Defendant. | Case No.: 2:21-cv-4509<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND UNFAIR COMPETITION;**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff DIGITAL MARKETING ADVISORS, by and through its attorneys, alleges as follows:

**JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., §§ 101 et seq.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a) and (b), and ancillary jurisdiction, to the extent necessary, over the remaining claims.

COMPLAINT FOR COPYRIGHT INFRINGEMENT    -1-            CASE NO.: 2:21-CV-4509

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## THE PARTIES

4. Plaintiff DIGITAL MARKETING ADVISORS (hereinafter "ADVISORS") is a California Corporation having a business address in this state at 200 S. Barrington Avenue, #491451, Los Angeles, CA, 90049.

5. Defendant KALYSTA MALLORY (hereinafter "MALLORY") is an individual who Plaintiff is informed and believes resides at 7160 East Kierland Blvd, Scottsdale, AZ 85254.

## BACKGROUND FACTS

6. Plaintiff is a corporation was founded in 2018 as a model management and influencer development company. Plaintiff also does business under the Shore Thang brand and works with internationally notable social media personalities from Instagram, YouTube, and TikTok.

7. On June 15, 2020, ADVISORS engaged Defendant MALLORY to support the company with social media marketing campaign. The Content Creator Agreement ("Agreement") between ADVISORS and Defendant MALLORY is attached as **EXHIBIT 1**. The Agreement dictates that company ADVISORS shall own and have exclusive rights to all content created or developed jointly by company and by Defendant MALLORY.

8. Pursuant to the Agreement, ADVISORS and Defendant created a number of photographic works. The photographic works ("Copyrighted Works") were registered with the United States Copyright Office on December 11, 2020 under the title "Urbina 2020 - Kalysta Mallory 2, Karma Lee, Lauren Henry, Mallory Pruit, Peacock" with registration number

VA0002232345. Plaintiff was assigned the rights, title, and interest to the copyright on May 31, 2021. A true and correct copy of the assignment is attached as **EXHIBIT 2**.

9. Plaintiff is informed, believes, and thereby alleges that Defendant offers and sells a subscription service through the Only Fans platform and website ("onlyfans.com"), providing access to multimedia content including photographs of Defendant in exchange for a subscription fee. Plaintiff is informed, believes, and thereby alleges that Defendant operates an Only Fans account under the username @kalystamallory.

10. Plaintiff is informed, believes, and thereby alleges that Defendant has created postings on the social media website Reddit ("reddit.com") in promotion of her Only Fans subscription services.

11. Plaintiff is informed, believes, and thereby alleges that photograph (1) IMG_5554.jpg (image showing Defendant standing in a doorway) included in the Copyrighted Works was intentionally and willfully copied and displayed by Defendant under the username of "kalystamallory" on the Reddit social media website, under the i) "OnlyFans101" forum, ii) "OnlyFansGirls_Here" forum, and iii) "Onlyfans_Promo" forum at:
https://www.reddit.com/r/OnlyFans101/comments/knzjdj/unlimited_60_off_6_spots_today_only_happy_new_year/ [accessed on May 13, 2021];
https://www.reddit.com/r/OnlyFansGirls_Here/comments/knzhkk/unlimited_60_off_6_spots_today_only_happy_new_year/ [accessed on May 13, 2021]; and
https://www.reddit.com/r/Onlyfans_Promo/comments/knzglw/unlimited_6_spots_on_my_onlyfans_today_only_dont/ [accessed on May 13, 2021].

12. Plaintiff is informed, believes, and thereby alleges that photographs included in the Copyrighted Works were intentionally and willfully copied and displayed by Defendant on the

Only Fans website, under username @kalystamallory. The infringing displays of the Copyrighted Works include:

(2) IMG_4975.jpg (image showing the back of Defendant kneeling on a wicker chair);

(3) IMG_4958.jpg (image showing at a medium distance the back of Defendant with one knee on a wicker chair);

(4) IMG_5018.jpg (image showing Defendant kneeling on a bed with arms stretched out);

(5) IMG_5025.jpg (image showing Defendant kneeling on a bed with one arm bent);

(6) IMG_5010.jpg (image showing a side profile of Defendant kneeling on a bed with arms stretched out);

(7) IMG_5023.jpg (image showing Defendant kneeling on a bed gazing upward);

(8) IMG_5350.jpg (image showing Defendant kneeling on a chair with back arched);

(9) IMG_5352.jpg (image showing Defendant kneeling on a chair with legs curled up);

(10) IMG_5387.jpg (image showing Defendant kneeling on chair leaning against side of chair with arms);

(11) IMG_6014.jpg (image showing the back of Defendant lying on bed with one arm stretched out);

(12) IMG_5227.jpg (image showing Defendant with back resting against wall with leg up on a table);

(13) IMG_5230.jpg (image showing Defendant with back resting against wall with head tilted back);

(14) IMG_5287.jpg (image showing Defendant kneeling in bed); and

(15) IMG_5285.jpg (image showing Defendant kneeling in bed pressing both arms on bed).

13. Plaintiff is informed, believes, and thereby alleges that Defendant purposefully and regularly offers and sells her services through the Only Fans website to customers in this judicial district.

## COUNTS 1 THROUGH 15:
## COPYRIGHT INFRINGEMENT

14. Plaintiff repeats, re-alleges, and incorporates by reference as though fully set forth herein, the allegations contained in all preceding paragraphs of this Complaint.

15. At all times relevant hereto, Plaintiff is assignee of all rights, title, and interest to and has been and still is the holder of the exclusive rights under the Copyright Act of 1976 (17 USC §§ 101 et seq. ("Copyright Act")), and all amendments thereto) to reproduce, distribute, or license the reproduction and distribution of the Copyrighted Works including the photographs described in paragraph 8 of this Complaint, including (1) IMG_5554.jpg, (2) IMG_4975.jpg, (3) IMG_4958.jpg, (4) IMG_5018.jpg, (5) IMG_5025.jpg, (6) IMG_5010.jpg, (7) IMG_5023.jpg, (8) IMG_5350.jpg, (9) IMG_5352.jpg, (10) IMG_5387.jpg, (11) IMG_6014.jpg, (12) IMG_5227.jpg, (13) IMG_5230.jpg, (14) IMG_5287.jpg, and (15) IMG_5285.jpg.

16. The Copyrighted Works including the photographs are original works which have been assigned to Plaintiff and copyrightable under the Copyright Act. Applications for registration of the Copyrighted Works including the photographs have been duly filed in the United States Copyright Office, all applicable formalities and notice requirements under the Copyright Act have been duly complied with, and as assignee of the entire rights, title, and interest, Plaintiff has thereby secured and now owns the exclusive right and privilege to enforce its rights in such Copyright.

17. Plaintiff is informed and believes and thereupon alleges that Defendant intentionally copied, used and displayed in online media the photographs, of which Plaintiff is the owner of exclusive rights, and have done so without Plaintiff's authorization for sale, license, display, and/or use in the United States and elsewhere.

18. Defendant has infringed Plaintiff's exclusive rights in the photographs by using and displaying the photographs on social media websites including Reddit and Only Fans.

19. Plaintiff has never authorized Defendant, by license or otherwise, to use or display the photographs, or any portion or imitation thereof, in any way.

20. Each infringing use of the photographs or any potion or imitation thereof, as well as the threat of continuing the same, constitutes a separate claim against Defendant under the Copyright Act.

21. Defendant has realized unlawful and unjust profits from the unauthorized and illegal display and use of the photographs in online media insofar as such illegal and unauthorized use aided in the promotion and sale of Defendant's services. As such, Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendant's infringement of the photographs in an amount to be established at trial.

22. Defendant has continued to infringe said Copyrights in the photographs, and unless temporarily, preliminarily, and permanently enjoined by Order of this Court, will continue to infringe said Copyrights, all to Plaintiff's irreparable injury. As a result of Defendant' acts of infringement, Plaintiff is without an adequate remedy at law in that damages are difficult to ascertain.

23. Defendant has committed and continues to commit all of the aforesaid acts of infringement deliberately, willfully, intentionally, and without regard to Plaintiff's proprietary rights.

**COUNT 16: UNJUST ENRICHMENT**

24. Plaintiff repeats, re-alleges, and incorporates by reference as though fully set forth herein, the allegations contained in all previous paragraphs of this Complaint.

25. Defendant has received revenues, profits, income and other financial benefits as a result of her use of the photographs in online media, insofar as such media increased the online engagement of Defendant' social media accounts and personal brand, and helped sell Defendant's services.

26. The financial benefits conferred upon Defendant was obtained at Plaintiff's expense, in that Plaintiff expended money, time, labor, and technical savvy to create the intellectual property that formed the photographs displayed by Plaintiff on the social media websites, and Plaintiff has personal pecuniary interests in keeping control over the display or exhibition of the photographs.

27. As a result, Defendant has been unjustly enriched at the expense of Plaintiff, and it would be unjust for Defendant to retain any financial benefits received as a result of her unauthorized use of Plaintiff's intellectual property.

**COUNT 17: UNFAIR COMPETITION**

28. Plaintiff repeats, re-alleges, and incorporates by reference as though fully set forth herein, the allegations contained in all previous paragraphs of this Complaint.

29. Section 17200 of the California Business and Professions Code prohibits unfair competition, including "any unlawful, unfair or fraudulent business act or practice".

30. By engaging in the alleged conduct, Defendant has engaged in unlawful, unfair, or fraudulent business acts of unfair competition in violation of Sections 17200, *et seq.*, and California common law. This conduct includes Defendant's unauthorized use of Plaintiff's

copyrighted work as website publications insofar as such publications increased the Defendant's online engagement and personal brand, and helped promote Defendant's profile.

31. As an actual and proximate result of Defendant' unfair competition, Defendant has unjustly enriched herself by obtaining financial benefits, and depriving Plaintiff of the compensation to which it is rightly entitled.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1. For an Order enjoining Defendant, her, agents, employees, and those acting in concert or conspiracy with them, temporarily during the pendency of this action and permanently thereafter from infringing, or contributing to, or participating in the infringement by others, of the copyrights held by Plaintiff in any way;

2. That Defendant be required to account for and pay Plaintiff the actual damages suffered by Plaintiff as a result of the infringement and any profits of the Defendant attributable to the infringement of Plaintiff's copyright or exclusive rights under copyright and to pay such damages to Plaintiff as to this Court shall appear just and proper within the provisions of the Copyright Act, or, in the alternative, at Plaintiff's election, statutory damages for infringement of each separate copyright as set forth in 17 U.S.C. § 504;

3. For an award of costs under 17 U.S.C. § 505 or as otherwise provided by law;

4. For an award of attorneys' fees as provided by 17 U.S.C. § 505;

5. For an award of pre-judgment and post-judgment interest as determined by law;

6. For other such relief as the court deems just and proper.

1
2  Dated: June 1, 2021                Respectfully Submitted,
3
                                      ZHEN LAW FIRM
4
5
                                      By:    /s/ Chris J. Zhen
6                                     Chris J. Zhen (State Bar No. 275575)
                                      (213) 935-0715 | chris.zhen@zhenlawfirm.com
7                                     Hogan Ganschow (State Bar No. 256137)
                                      (805) 453-4435 | hogan.ganschow@zhenlawfirm.com
8                                     ZHEN LAW FIRM
                                      5670 Wilshire Blvd #1800
9                                     Los Angeles, CA 90036
10                                    *Attorneys for Plaintiff, DIGITAL MARKETING ADVISORS*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DEMAND FOR JURY TRIAL**

Plaintiff DIGITAL MARKETING ADVISORS, CORP. hereby demands a jury trial pursuant to Federal Rule of Civil Procedure 38.

Dated: June 1, 2021            Respectfully Submitted,

                                                     ZHEN LAW FIRM


                                                     By:     /s/ Chris J. Zhen
                                                     Chris J. Zhen (State Bar No. 275575)
                                                     (213) 935-0715 | chris.zhen@zhenlawfirm.com
                                                     Hogan Ganschow (State Bar No. 256137)
                                                     (805) 453-4435 | hogan.ganschow@zhenlawfirm.com
                                                     ZHEN LAW FIRM
                                                     5670 Wilshire Blvd #1800
                                                     Los Angeles, CA 90036
                                                     *Attorneys for Plaintiff, DIGITAL MARKETING ADVISORS*