# COPYRIGHT ASSIGNMENT AGREEMENT

This COPYRIGHT ASSIGNMENT AGREEMENT ("**Copyright Assignment**"), dated as of May 31, 2021, is made by ZACHARY URBINA ("**Assignor**"), an individual residing in Los Angles, California, in favor of Digital Marketing Advisors, ("**Assignee**"), a California Corporation, located at 200 S. Barrington Avenue, #491451, Los Angeles, CA, 90049, United States.

WHEREAS, under the terms of this Agreement, Assignor convey, transfers, and assigns to Digital Marketing Advisors, certain intellectual property of ZACHARY URBINA, and agrees to execute and deliver this Copyright Assignment, for recording with the United States Copyright Office;

NOW THEREFORE, the parties agree as follows:

1. <u>Assignment</u>. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby irrevocably conveys, transfers, and assigns to Assignee, and Assignee hereby accepts, all of Assignors right, title, and interest in and to the following (the "**Assigned Copyright**"):

    (a) the copyright registration set forth on Schedule 1 hereto and all issuances, extensions, and renewals thereof;

    (b) all rights of any kind whatsoever of Assignor accruing under any of the foregoing provided by applicable law of any jurisdiction, by international treaties and conventions, and otherwise throughout the world;

    (c) any and all royalties, fees, income, payments, and other proceeds now or hereafter due or payable with respect to any and all of the foregoing; and

    (d) any and all claims and causes of action with respect to any of the foregoing, whether accruing before, on, or after the date hereof, including all rights to and claims for damages, restitution, and injunctive and other legal and equitable relief for past, present, and future infringement, misappropriation, violation, misuse, breach, or default, with the right but no obligation to sue for such legal and equitable relief and to collect, or otherwise recover, any such damages.

2. <u>Recordation and Further Actions</u>. Assignor hereby authorizes the Register of Copyrights in the United States Copyright Office to record and register this Copyright Assignment upon request by Assignee. Following the date hereof, Assignor shall take such steps and actions, and provide such cooperation and assistance to Assignee and its successors, assigns, and legal representatives, including the execution and delivery of any affidavits, declarations, oaths, exhibits, assignments, powers of attorney, or other documents, as may be necessary to effect, evidence, or perfect the assignment of the Assigned Copyrights to Assignee, or any assignee or successor thereto.

3. <u>Intentionally Omitted.</u>

      4.    <u>Counterparts</u>. This Copyright Assignment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed one and the same agreement. A signed copy of this Copyright Assignment delivered by facsimile, e-mail, or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Copyright Assignment.

      5.    <u>Successors and Assigns</u>. This Copyright Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

      6.    <u>Governing Law</u>. This Copyright Assignment and any claim, controversy, dispute, or cause of action (whether in contract, tort, or otherwise) based upon, arising out of, or relating to this Copyright Assignment and the transactions contemplated hereby shall be governed by, and construed in accordance with, the laws of the United States and the State of California, without giving effect to any choice or conflict of law provision or rule (whether of the State of California or any other jurisdiction).

IN WITNESS WHEREOF, Assignor has duly executed and delivered this Copyright Assignment as of the date first written above.

                                            ZACHARY URBINA

                                            By: _____
                                            FA7727992D30432...

AGREED TO AND ACCEPTED:         Digital Marketing Advisors

                                            By: _____
                                            Name: ZACHARY URBINA
                                            Title: Chief Executive Officer

## SCHEDULE 1

## ASSIGNED COPYRIGHTS

**Copyright Registrations**

| Title | Jurisdiction | Registration Number | Registration Date |
|---|---|---|---|
| Urbina 2020 - Kalysta Mallory 2, Karma Lee, Lauren Henry, Mallory Pruit, Peacock | USA | VA0002232345 | 2020-12-11 |