CHRIS ZHEN (State Bar No. 275575)
chris.zhen@zhenlawfirm.com
HOGAN GANSCHOW (State Bar No. 256137)
hogan.ganschow@zhenlawfirm.com
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715

*Attorneys for Plaintiff*
DIGITAL MARKETING ADVISORS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| DIGITAL MARKETING ADVISORS,<br><br>            Plaintiff,<br><br>vs.<br><br>KALYSTA MALLORY,<br><br>            Defendant. | Case No.: 2:21-cv-4509<br><br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 1, 2021                    Signature, Attorney of Record.

                                       ZHEN LAW FIRM


                                       By: */s/ Chris J. Zhen*
                                       Chris J. Zhen (State Bar No. 275575)
                                       Hogan Ganschow (State Bar No. 256137)
                                       ZHEN LAW FIRM
                                       5670 Wilshire Blvd #1800
                                       Los Angeles, CA 90036
                                       Telephone: (213) 935-0715
                                       chris.zhen@zhenlawfirm.com
                                       hogan.ganschow@zhenlawfirm.com

                                       *Attorneys for Plaintiff, DIGITAL*
                                       *MARKETING ADVISORS*

-2-
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS          CASE NO.: 2:21-CV-4509