# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| DIGITAL MARKETING ADVISORS<br><br>PLAINTIFF(S)<br><br>v.<br><br>KALYSTA MALLORY<br><br>DEFENDANT(S). | 2:21–cv–04509–JFW–KES<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____        ____        ____

Date Filed        Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The Civil Cover Sheet (CV–71) is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3–1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: June 2, 2021        By: /s/ *Luz Hernandez, luz_hernandez@cacd.uscourts.gov*
                    Deputy Clerk