Chris J. Zhen (SBN 275575)
Phone: (213) 935-0715
Email: chris.zhen@zhenlawfirm.com
Hogan Ganschow (SBN 256137)
Phone: (805) 453-4435
Email: hogan.ganschow@zhenlawfirm.com
Zhen Law Firm
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036

Attorneys for Plaintiff
DIGITAL MARKETING ADVISORS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DIGITAL MARKETING ADVISORS, | Case No.: 2:21-cv-04509-JFW-KES |
| Plaintiff, | |
| vs. | **DECLARATION OF LEAD TRIAL COUNSEL** |
| KALYSTA MALLORY, | **JUDGE: HON. JOHN F. WALTER** |
| Defendant. | |

## DECLARATION OF CHRIS ZHEN

I, Chris Zhen, declare as follows:

1. I am a member of the Bar of the State of California and am admitted to practice before this Court. I am principal of the Zhen Law firm, and counsel of record for Plaintiff Digital Marketing Advisors in the above-captioned matter. I make this declaration of my personal knowledge of the matters set forth below, and if called as a witness, I could and would testify competently thereto.

2. I submit this Declaration pursuant to Section 3(a) of the Court's Standing Order to file a declaration within 10 days of initial appearance.

3. I am registered as a CM/ECF User.

4. My e-mail address of record is chris.zhen@zhenlawfirm.com.

5. I confirm that I have read the Court's Standing Order (ECF No. 10) and the Local Rules for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of June 2021 in Los Angeles, California.

By: /s/ Chris J. Zhen
      Chris J. Zhen

Attorney for Plaintiff
DIGITAL MARKETING ADVISORS

DECLARATION OF LEAD TRIAL COUNSEL   -2-   CASE NO.: 2:21-CV-04509-JFW-KES