# EXHIBIT 1

## AFFIDAVIT OF NON-SERVICE

| Case: 2:21-cv-4509 - JFW (KESx) | Court: UNITED STATES DISTRICT COURT For The Central District Of California | County: | Job: 5748724 |
|---|---|---|---|
| Plaintiff / Petitioner: DIGITAL MARKETING ADVISORS | | Defendant / Respondent: KALYSTA MALLORY | |
| Received by: Arizona Quick Serve | | For: Zhen Law Firm | |
| To be served upon: KALYSTA MALLORY | | | |

I, Cheryl Anderson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** KALYSTA MALLORY, Home: 7160 E Kierland Blvd Unit # 914, Scottsdale, AZ 85254
**Manner of Service:** Non-Service
**Documents:** SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND UNFAIR COMPETITION; EXHIBITS 1-2;CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM ; NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT;NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS

**Additional Comments:**
1) Unsuccessful Attempt: Jun 3, 2021, 4:59 pm MST at Home: 7160 E Kierland Blvd Unit # 914, Scottsdale, AZ 85254
No answer at door. The defendant Kalysta Mallory is not listed on the directories located at each door. This is a secure building and if the office is not open I will not be able to gain access to the building.

2) Unsuccessful Attempt: Jun 4, 2021, 3:52 pm MST at Home: 7160 E Kierland Blvd Unit # 914, Scottsdale, AZ 85254
No answer at door. There is a sign on the door that says two cats inside apartment in case of emergency. Makes me wonder if they're out of town.

3) Unsuccessful Attempt: Jun 6, 2021, 9:43 am MST at Home: 7160 E Kierland Blvd Unit # 914, Scottsdale, AZ 85254
Apartment is quiet, no answer at door.

4) Unsuccessful Attempt: Jun 8, 2021, 2:15 pm MST at Home: 7160 E Kierland Blvd Unit # 914, Scottsdale, AZ 85254
No answer at door. No movement inside apartment. Defendant not listed as a resident, per leasing office.

5) Unsuccessful Attempt: Jun 9, 2021, 8:32 pm MST at Home: 7160 E Kierland Blvd Unit # 914, Scottsdale, AZ 85254
The office is not open to open doors for access to the building. I waited around for 15 minutes hoping I could get someone coming or going from the building but no one came.

_Cheryl Anderson_  6/15/21
Cheryl Anderson          Date
Maricopa County #8597

Arizona Quick Serve
9393 N 90th St Suite 121
Scottsdale, AZ 85258
480-314-5050

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

6/15/21          12/15/24
Date          Commission Expires

OFFICIAL SEAL
CRAIG PODGURSKI JR.
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM # 593983
My Comm. Expires 12/15/2024