# EXHIBIT 3

## AFFIDAVIT OF NON-SERVICE

| Case:<br>2:21-cv-4509 -<br>JFW (KESx) | Court:<br>UNITED STATES DISTRICT COURT For The<br>Central District Of California | County: | Job:<br>5748724 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>DIGITAL MARKETING ADVISORS | | Defendant / Respondent:<br>KALYSTA MALLORY | |
| Received by:<br>Arizona Quick Serve | | For:<br>Zhen Law Firm | |
| To be served upon:<br>KALYSTA MALLORY | | | |

I, Craig Podgurski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** KALYSTA MALLORY
**Manner of Service:** Locate
**Documents:** SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND UNFAIR COMPETITION; EXHIBITS 1-2;CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM ; NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT;NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS

**Additional Comments:**
Ran a unit number search for Kalysta Mallory at 7160 E Kierland Blvd Scottsdale , AZ 85254 and the search returned with unit #914

Craig Podgurski
Maricopa County #8617
Date: 6/16/21

Arizona Quick Serve
9393 N 90th St Suite 121
Scottsdale, AZ 85258
480-314-5050

ZACHARY MUELLER
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 593939
MY COMMISSION EXPIRES
JANUARY 05, 2025

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date: 6/16/21
Commission Expires: January 5, 2025