

# Entity Information

**Search Date and Time:**
6/26/2021 5:25:16 PM

## Entity Details

| | | | |
|---|---|---|---|
| **Entity Name:** | KALYSTA MALLORY LLC | **Entity ID:** | 23151327 |
| **Entity Type:** | Domestic LLC | **Entity Status:** | Active |
| **Formation Date:** | 11/16/2020 | **Reason for Status:** | In Good Standing |
| **Approval Date:** | 11/16/2020 | **Status Date:** | 11/16/2020 |
| **Original Incorporation Date:** | 11/16/2020 | **Life Period:** | Perpetual |
| **Business Type:** | Any legal purpose | **Last Annual Report Filed:** | |
| **Domicile State:** | Arizona | **Annual Report Due Date:** | |
| | | **Years Due:** | |
| **Original Publish Date:** | | | |

## Statutory Agent Information

| | | | |
|---|---|---|---|
| **Name:** | Louro LLC | **Appointed Status:** | Active 11/16/2020 |
| **Attention:** | | **Address:** | 4544 W. Lupine Ave, GLENDALE, AZ 85304, USA |
| **Agent Last Updated:** | 11/24/2020 | **E-mail:** | |
| **Attention:** | | **Mailing Address:** | 4544 W. Lupine Ave, GLENDALE, AZ 85304, USA |
| **County:** | Maricopa | | |

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | Kalysta Mallory | | 16201 N. Scottsdale Rd., #100, SCOTTSDALE, AZ, 85254, USA | | 11/24/2020 |

Page 1 of 1, records 1 to 1 of 1

## Entity Known Place of Business

**Attention:** **Address:** 4544 W. Lupine Ave, GLENDALE, AZ, 85304, USA **County:** Maricopa **Last Updated:** 11/24/2020

## Entity Principal Office Address

**Attention:** **Address:** **County:** **Last Updated:**

Privacy Policy | Contact Us