Chris J. Zhen (SBN 275575)
Phone: (213) 935-0715
Email: chris.zhen@zhenlawfirm.com
Hogan Ganschow (SBN 256137)
Phone: (805) 453-4435
Email: hogan.ganschow@zhenlawfirm.com
Zhen Law Firm
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036

Attorneys for Plaintiff
DIGITAL MARKETING ADVISORS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DIGITAL MARKETING ADVISORS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KALYSTA MALLORY,<br><br>　　　　Defendant. | Case No.: 2:21-cv-04509-JFW-KES<br><br>**DECLARATION OF ZACHARY URBINA IN SUPPORT OF MOTION FOR ORDER PERMITTING ALTERNATIVE SERVICE** |

**DECLARATION OF ZACHARY URBINA IN SUPPORT OF**

**MOTION FOR ORDER PERMITTING ALTERNATIVE SERVICE**

　　I, Zachary Urbina, declare as follows:

　　1.　　I am the founder and owner of Digital Marketing Advisors, the Plaintiff of this suit. I make this declaration of my personal knowledge of the matters set forth below, and if called as a witness, I could and would testify competently thereto.

DECLARATION OF ZACHARY URBINA　　　-1-　　CASE NO.: 2:21-CV-04509-JFW-KES

2.     I submit this Declaration in support of the Motion for Order Permitting Alternative Service including email service on Defendant Kalysta Mallory (Ms. Mallory).

3.     My company Digital Marketing Advisors entered into a Content Creator Agreement on June 15, 2020 with Ms. Mallory (see Exhibit 1 to Complaint), and she provide her email address mallorykalysta@gmail.com for us to communicate with each other.

4.     I sent and received email communications from Ms. Mallory through the email listed above. The most recent email communication was on June 15, 2020. A true and correct redacted copy of the email showing Ms. Mallory's email as mallorykalysta@gmail.com is attached as EXHIBIT 1. The above email was sent from an email address using a fictitious business name "Zachary Elliot" that I own.

5.     I respectfully request that the Court grant the motion to serve Ms. Mallory using alternative service including email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of June 2021 in Los Angeles, California.

By: _____
Zachary Urbina

DECLARATION OF ZACHARY URBINA     -2-    CASE NO.: 2:21-CV-04509-JFW-KES