**From:** **Zachary Elliot** hello@zacharyelliot.com
**Subject:** Re: ███
**Date:** June 15, 2020 at 2:02 AM
**To:** mallorykalysta@gmail.com

Hey Kalysta,

████████████████████████████████████
█████████

Very best,
Zach