# EXHIBIT 8

# ZHEN LAW FIRM

Chris Zhen  
Attorney  
(213) 935-0715  
chris.zhen@zhenlawfirm.com

5670 Wilshire Blvd #1800  
LOS ANGELES, CA 90036

June 28, 2021

**VIA E-MAIL:**   mallorykalysta@gmail.com

**AND US MAIL**:

| Ms. Kalysta Mallory | Ms. Kalysta Mallory | Ms. Kalysta Mallory |
|---|---|---|
| 7160 E Kierland Blvd UNIT #914 | 16201 N. Scottsdale Rd., #100 | 4544 W. Lupine Ave |
| Scottsdale AZ 85254 | Scottsdale, AZ, 85254 | Glendale, AZ, 85304 |

**Subject: Notice of Lawsuit**  
COURT: Central District of California (Western Division - Los Angeles)  
CASE: DIGITAL MARKETING ADVISORS v. KALYSTA MALLORY  
CASE #: 2:21−cv−04509 JFW (KESx)  
District Judge John F. Walter; Magistrate Judge Karen E. Scott

Dear Ms. Mallory:

This law firm represents Digital Marketing Advisors. If you are represented by legal counsel, please direct this letter to your attorney and have your attorney notify us of such representation.

A lawsuit has been filed against you by my client in the federal court in the Central District of California, Western Division. Please find attached the Summons and Complaint (with Exhibits).

**Please confirm receipt of this letter within 7 days or by July 5, 2021. Email or phone is preferred.**

Please also contact me if you have any questions or wish to discuss this matter further. My direct dial is (213) 935-0715 and my email address is chris.zhen@zhenlawfirm.com.

Sincerely,

/s/ Chris J. Zhen

Chris J. Zhen  
Attorney for Digital Marketing Advisors  
**Attachments as stated**