**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| DIGITAL MARKETING ADVISORS,<br>Plaintiff,<br>vs.<br>KALYSTA MALLORY,<br>Defendant. | Case No.: 2:21-cv-4509-JFW-KES<br>[PROPOSED] ORDER |

The Court having received and considered Plaintiff's Motion for Order Permitting Alternative Service Pursuant to Fed. R. Civ. P. 4(e)(1) (Doc. 12), and good cause appearing therefor,

**IT IS ORDERED** that the Motion is granted. Plaintiff Digital Marketing Advisors is hereby permitted to execute service via email and certified mail with return receipt requested to Defendant Kalysta Mallory's residential address, Kalysta Mallory LLC's Entity Business address, and Kalysta Mallory LLC's Member Business.

Dated this _____ day of August, 2021

______________________________
Honorable John F. Walter
United States District Judge