## AFFIDAVIT OF NON-SERVICE

| Case: 2:21-cv-4509-JFW (KESx) | Court: UNITED STATES DISTRICT COURT For The Central District Of California | County: | Job: 5748724 |
|---|---|---|---|
| Plaintiff / Petitioner: DIGITAL MARKETING ADVISORS | | Defendant / Respondent: KALYSTA MALLORY | |
| Received by: Arizona Quick Serve | | For: Zhen Law Firm | |
| To be served upon: KALYSTA MALLORY | | | |

i, Craig Podgurski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   KALYSTA MALLORY

**Manner of Service:**   Locate

**Documents:**   SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND UNFAIR COMPETITION; EXHIBITS 1-2;CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM ; NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT;NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS

**Additional Comments:**
Ran a unit number search for Kalysta Mallory at ███████████ Scottsdale , AZ ████ and the search returned with unit ███

Craig Podgurski
Maricopa County #8617

Date 6/16/21

Arizona Quick Serve
9393 N 90th St Suite 121
Scottsdale, AZ 85258
480-314-5050

ZACHARY MUELLER
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 583939
MY COMMISSION EXPIRES
JANUARY 05, 2025

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 6/16/21        Commission Expires January 5, 2025

EXHIBIT 3

- 19 -