# Entity Information

**Search Date and Time:**
6/26/2021 5:25:16 PM

## Entity Details

| | |
|---|---|
| **Entity Name:** | KALYSTA MALLORY LLC |
| **Entity Type:** | Domestic LLC |
| **Formation Date:** | 11/16/2020 |
| **Approval Date:** | 11/16/2020 |
| **Original Incorporation Date:** | 11/16/2020 |
| **Business Type:** | Any legal purpose |
| **Domicile State:** | Arizona |
| **Original Publish Date:** | |
| **Entity ID:** | 23151327 |
| **Entity Status:** | Active |
| **Reason for Status:** | In Good Standing |
| **Status Date:** | 11/16/2020 |
| **Life Period:** | Perpetual |
| **Last Annual Report Filed:** | |
| **Annual Report Due Date:** | |
| **Years Due:** | |

## Statutory Agent Information

| | |
|---|---|
| **Name:** | Louro LLC |
| **Attention:** | |
| **Agent Last Updated:** | 11/24/2020 |
| **Attention:** | |
| **County:** | Maricopa |
| **Appointed Status:** | Active 11/16/2020 |
| **Address:** | 4544 W. Lupine Ave, GLENDALE, AZ 85304, USA |
| **E-mail:** | |
| **Mailing Address:** | 4544 W. Lupine Ave, GLENDALE, AZ 85304, USA |

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | Kalysta Mallory | | 16201 N. Scottsdale Rd., #100, SCOTTSDALE, AZ, 85254, USA | | 11/24/2020 |

Page 1 of 1, records 1 to 1 of 1

## Entity Known Place of Business

**Attention:**   **Address:** 4544 W. Lupine Ave, GLENDALE, AZ, 85304, USA   **County:** Maricopa   **Last Updated:** 11/24/2020

## Entity Principal Office Address

**Attention:**   **Address:**   **County:**   **Last Updated:**

EXHIBIT 4
- 20 -