Arizona Corporation Commission - RECEIVED: 11/20/2020    20112008207564
Arizona Corporation Commission - FILED: 11/20/2020

# LLC - STATEMENT OF CHANGE

## OF MEMBER OR MANAGER ADDRESSES

### ENTITY INFORMATION

**ENTITY NAME:** KALYSTA MALLORY LLC
**ENTITY ID:** 23151327
**ENTITY TYPE:** Domestic LLC

### PRINCIPALS

Member: Kalysta Mallory - 16201 N. Scottsdale Rd., #100, SCOTTSDALE, AZ, 85254, USA - - Date of Taking Office:

### SIGNATURE

Authorized Agent: Daniel Louro - 11/20/2020

EXHIBIT 5
- 21 -