1  Chris J. Zhen (SBN 275575)
2  Phone: (213) 935-0715
3  Email: chris.zhen@zhenlawfirm.com
   Hogan Ganschow (SBN 256137)
4  Phone: (805) 453-4435
5  Email: hogan.ganschow@zhenlawfirm.com
   Zhen Law Firm
6  5670 Wilshire Blvd, Suite 1800
7  Los Angeles, CA 90036
8
   Attorneys for Plaintiff
9  DIGITAL MARKETING ADVISORS
10
11
12
13  **IN THE UNITED STATES DISTRICT COURT**
14
15  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
16
17  **WESTERN DIVISION**
18
19
20
21  DIGITAL MARKETING ADVISORS,    Case No.: 2:21-cv-04509-JFW-KES
22           Plaintiff,
23
24  vs.                            **DECLARATION OF ZACHARY URBINA IN SUPPORT OF MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE**
25  KALYSTA MALLORY,
26           Defendant.
27
28

-1-
DECLARATION OF ZACHARY URBINA

EXHIBIT 6
- 22 -

## DECLARATION OF ZACHARY URBINA IN SUPPORT OF MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE

I, Zachary Urbina, declare as follows:

1. I am the founder and owner of Digital Marketing Advisors, the Plaintiff of this suit. I make this declaration of my personal knowledge of the matters set forth below, and if called as a witness, I could and would testify competently thereto.

2. I submit this Declaration in support of the Motion for Order Authorizing Alternative Service including email service on Defendant Kalysta Mallory (Ms. Mallory).

3. My company Digital Marketing Advisors entered into a Content Creator Agreement on June 15, 2020 with Ms. Mallory (see EXHIBIT 2), and she provided her email address m███████a@gmail.com for us to communicate with each other.

4. I sent and received email communications from Ms. Mallory through the email listed above. The most recent email communication was on June 15, 2020. A true and correct redacted copy of the email showing Ms. Mallory's email as m███████a@gmail.com is attached as EXHIBIT 7. The above email was sent from an email address using a fictitious business name "Zachary Elliot" that I own.

-2-
DECLARATION OF ZACHARY URBINA

EXHIBIT 6
- 23 -

5. I respectfully request that the Court grant the motion to serve Ms. Mallory using alternative service including email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of August 2021 in Los Angeles, California.

By: _____
Zachary Urbina

-3-
DECLARATION OF ZACHARY URBINA

EXHIBIT 6
- 24 -