Case 2:21-cv-04509-JFW-KES   Document 15-7   Filed 08/02/21   Page 1 of 1   Page ID #:109



**From:** Zachary Elliot he o@zacharye ot.com
**Subject:** Re:
**Date:** June 15, 2020 at 2:02 AM
**To:** m▮▮▮▮a@gma .com

Hey Ka ysta,

Very best,
Zach

EXHIBIT 7
- 25 -