

EXHIBIT 9
- 27 -