# Chris Zhen

| | |
|---|---|
| **From:** | Chris Zhen <chris.zhen@zhenlawfirm.com> |
| **Sent:** | Thursday, June 10, 2021 8:05 PM |
| **To:** | 'daniel@lourollc.com' |
| **Subject:** | RE: SERVICE OF PROCESS REGARDING Digital Marketing Advisors v. Kalysta Mallory |

Hi Mr. Louro,

Please see communication below.

-
Chris

*This email and any attachments may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or its attachments) by others is prohibited. If you are not the intended recipient, please contact the sender and delete the original and any copies of this email and its attachments.*

Chris J. Zhen
**ZHEN LAW FIRM**
Los Angeles, CA
chris.zhen@zhenlawfirm.com
213.935.0715

---

**From:** Chris Zhen <chris.zhen@zhenlawfirm.com>
**Sent:** Thursday, June 10, 2021 8:04 PM
**To:** 'dlouro213@gmail.com' <dlouro213@gmail.com>
**Subject:** SERVICE OF PROCESS REGARDING Digital Marketing Advisors v. Kalysta Mallory

**RE: Case 2:21-cv-04509-JFW-KES Digital Marketing Advisors v. Kalysta Mallory**

Hi Mr. Louro,

I'm an attorney representing Digital Marketing Advisors in a lawsuit we recently filed in the Central District of California against one of your clients Ms. Kalysta Mallory. We have been attempting service on her with no success.

Would you be able to accept email delivery of the Complaint and waive service of process – allowing your client extra time to respond to the Complaint? Thank you.

-
Chris

*This email and any attachments may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or its attachments) by others is prohibited. If you are not the intended recipient, please contact the sender and delete the original and any copies of this email and its attachments.*

Chris J. Zhen
**ZHEN LAW FIRM**
Los Angeles, CA
chris.zhen@zhenlawfirm.com
213.935.0715