Chris J. Zhen (SBN 275575)
Phone: (213) 935-0715
Email: chris.zhen@zhenlawfirm.com
Hogan Ganschow (SBN 256137)
Phone: (805) 453-4435
Email: hogan.ganschow@zhenlawfirm.com
Zhen Law Firm
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036

Attorneys for Plaintiff
DIGITAL MARKETING ADVISORS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DIGITAL MARKETING ADVISORS,<br>Plaintiff,<br><br>vs.<br><br>KALYSTA MALLORY,<br>Defendant. | Case No.: 2:21-cv-04509-JFW-KES<br><br>**DECLARATION OF CHRIS ZHEN IN SUPPORT OF MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE** |

**DECLARATION OF CHRIS ZHEN IN SUPPORT OF MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE**

I, Chris Zhen, declare as follows:

1. I am an attorney at law duly licensed and admitted to practice before the United States District Court for the Central District of California, Western Division. I am the attorney of record for Plaintiff Digital Marketing Advisors and if called as a witness, I could and would testify competently thereto.

2. I requested personal service of process on Defendant Kalysta Mallory by Arizona Quick Serve. Arizona Quick Serve verified the Defendant's address and attempted service on five separate occasions.

3. After the unsuccessful service of process attempts by Arizona Quick Serve, I investigated other means to attempt to communicate with Defendant so that service of process may be completed.

4. Zachary Urbina, owner of Plaintiff company Digital Marketing Advisors, provided to me Defendant's email address "m[redacted]a@gmail.com" that Mr. Urbina had previously communicated with Defendant through. On June 22, 2021, I sent an email communication with attachments including the Summons and Complaint to Ms. Mallory. A true and correct copy of the email of June 22, 2021 is attached as EXHIBIT 13. After I did not receive any response, I sent a follow up email message on June 25, 2021 (EXHIBIT 14), and another follow up

email message on June 28, 2021 (EXHIBIT 15). To date, I have not received any responses from Defendant, whether via email or other means. The email transmissions to Ms. Mallory did not have any indications of failed or rejected delivery such as a "bounced email" return message.

5. I performed online searches for other mailing addresses associated with Defendant. A search of the Arizona Corporation Commission database website (https://ecorp.azcc.gov/EntitySearch/Index) shows an active business "KALYSTA MALLORY LLC" owned by Defendant. The business listing shows two addresses, one for Defendant as the sole member and another for the entity's place of business. On June 28, I sent a first-class letter including a copy of the Summons and Complaint to the three available addresses (EXHIBIT 8).

6. The same business entry shows a Statutory Agent of "Louro LLC" with Mr. Daniel Louro as the Authorized Agent (EXHIBIT 5). Mr. Louro has an email address "dlouro213@gmail.com". Zachary Urbina provided to me an additional email address "daniel@lourollc.com" used by Mr. Louro while representing Defendant in an unrelated legal matter. I sent email messages to both email addresses for Mr. Louro inquiring of his capacity to accept service of process. True and correct copies of the email messages to Mr. Louro on June 10 are attached as EXHIBIT 10 and EXHIBIT 11. To date I have not received any

responses from Mr. Louro. The email transmissions were sent successfully without any bounced email return messages.

7. Personal service has proven to be impracticable. Other means for attempting to communicate with Defendant to complete service of process have also proven unsuccessful.

8. Because personal service has proven to be impracticable, I respectfully request that the court authorize alternative service of process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of August 2021 in Los Angeles, California.

By: *<u>/s/ Chris J. Zhen</u>*
Chris J. Zhen (State Bar No. 275575)
chris.zhen@zhenlawfirm.com
(213) 935-0715
Hogan Ganschow (State Bar No. 256137)
hogan.ganschow@zhenlawfirm.com
(805) 453-4435
**ZHEN LAW FIRM**
5670 Wilshire Blvd #1800
Los Angeles, CA 90036

*Attorneys for Plaintiff*
*DIGITAL MARKETING ADVISORS*