**Chris Zhen**

| | |
|---|---|
| **From:** | Chris Zhen <chris.zhen@zhenlawfirm.com> |
| **Sent:** | Tuesday, June 22, 2021 12:27 PM |
| **To:** | 'm██████a@gmail.com' |
| **Subject:** | Notice Of Lawsuit And Request For Waiver Of Service Of Summons |
| **Attachments:** | LETTER Request to Waive Service.pdf; 1 - Summons.pdf; 2 - Civil Cover Sheet.pdf; 3 - COMPLAINT.pdf; 3 - EXHIBIT 1.pdf; 3 - EXHIBIT 2.pdf; 4 - INTERESTED PARTIES.pdf; 5 - ASSIGNMENT JUDGE.pdf; 6 - NOTICE OF ADR.pdf; 7 - NOTICE OF DEFICIENCY (COVER SHEET).pdf; 8 - REPORT ON FILING COPYRIGHT.pdf; 9 - AO_398.pdf; 10 - AO_399.pdf; 11 - Notice of lawsuit and request for waiver of service of summons Rule 84.pdf; 12 - Waiver of service of summons Rule 84.pdf; 13 - STANDING ORDER.pdf; 14 - Declaration of Lead Trial Counsel.pdf |

Dear Ms. Kalysta Mallory,

Please find attached a correspondence on behalf of Digital Marketing Advisors. Thank you.

-
Chris

*This email and any attachments may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or its attachments) by others is prohibited. If you are not the intended recipient, please contact the sender and delete the original and any copies of this email and its attachments.*

Chris J. Zhen
**ZHEN LAW FIRM**
Los Angeles, CA
chris.zhen@zhenlawfirm.com
213.935.0715