# Chris Zhen

| | |
|---|---|
| **From:** | Chris Zhen <chris.zhen@zhenlawfirm.com> |
| **Sent:** | Monday, June 28, 2021 7:02 AM |
| **To:** | 'm▇▇▇▇a@gmail.com' |
| **Subject:** | Notice Of Lawsuit |
| **Attachments:** | LETTER TO KALYSTA MALLORY.pdf; 3 - EXHIBIT 1.pdf; 3 - EXHIBIT 2.pdf; 1 - Summons.pdf; 3 - COMPLAINT.pdf |

Dear Ms. Kalysta Mallory,

Please see letter and attachments. **Please confirm receipt of this email within 7 days or by July 5, 2021**. Email or phone is preferred. Thank you.

-
Chris

*This email and any attachments may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or its attachments) by others is prohibited. If you are not the intended recipient, please contact the sender and delete the original and any copies of this email and its attachments.*

Chris J. Zhen
**ZHEN LAW FIRM**
Los Angeles, CA
chris.zhen@zhenlawfirm.com
213.935.0715