IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| DIGITAL MARKETING ADVISORS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KALYSTA MALLORY,<br><br>　　　　Defendant. | Case No.: 2:21-cv-4509-JFW-KES<br><br>[PROPOSED] ORDER |

The Court having received and considered Plaintiff's Motion for Order Authorizing Alternative Service Pursuant to Fed. R. Civ. P. 4(e)(1) (Doc. 12), and good cause appearing therefor,

**IT IS ORDERED** that the Motion is granted. Plaintiff Digital Marketing Advisors is hereby permitted to execute service via email and certified mail with return receipt requested to Defendant Kalysta Mallory's residential address,

[PROPOSED] ORDER

-1-

-2-

1 Kalysta Mallory LLC's Entity Business address, and Kalysta Mallory LLC's
2 Member Business.

      Dated this \_\_\_\_\_ day of September, 2021

_____
Honorable John F. Walter
United States District Judge

[PROPOSED] ORDER