# DECLARATION OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | CASE NO:  2:21-CV-4509-JFW (KESx) |
| STATE OF CALIFORNIA | COURT DATE: |
| County of | COURT TIME: |
| PLAINTIFF: DIGITAL MARKETING ADVISORS | DEFENDANTS: KALYSTA MALLORY |

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court;  I received and served the following documents in the manner described below:

**DOCUMENT TYPE:**     **SUMMONS; CIVIL COVER SHEET; COMPLAINT WITH EXHIBITS 1-2; CERTIFICATE OF INTERESTED ENTITIES BY DIGITAL MARKETING ADVISORS; NOTICE OF ASSIGNMENT TO THE UNITED STATES JUDGES; NOTICE TO PARTIES OF COUNT-DIRECTED ADR PROGRAM; NOTICE OF DEFICIENCY (COVER SHEET); REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; STANDING ORDER; DECLARATION OF LEAD TRIAL COUNSEL; MOTION FOR ALTERNATIVE SERVICE WITH EXHIBITS 1-13; ORDER GRANTING ALTERNATIVE SERVICE.**

**PERSON(S) SERVED:**     KALYSTA MALLORY (Defendant)

**PLACE OF SERVICE:**     MAILED CERTIFIED

By delivering 3 SET(S) true copies to: KALYSTA MALLORY (Defendant)

BY POSTING THE  DOCUMENT AT THE ABOVE ADDRESS AND MAILING CERTIFIED MAIL.

Notes: I SERVED THE ABOVE DOCUMENTS ACCORDING TO THE ORDER GRANTING ALTERNATIVE SERVICE TO KALYSTA MALLORY BY MAILING CERTIFIED RETURN RECEIPT TO THE FOLLOWING ADDRESSES: 1. 7160 EAST KIERLAND BLVD., UNIT 914, SCOTTSDALE, AZ 85254 2. 4544 WEST LUPINE AVENUE, GLENDALE, AZ 85304, AND 3. 16201 NORTH SCOTTSDALE RD., UNIT 100, SCOTTSDALE, AZ 85254. I ALSO EMAILED A SET OF THE DOCUMENTS TO THE DEFENDANT AT MALLORYKALYSTA@GMAIL.COM. **CERTIFIED MAILING NUMBERS ARE : 7020 1810 0001 9210 7470/7020 1810 0001 9210 7364 AND 7020 1810 0001 9210 7487

| | |
|---|---|
| CERTIFIED #: | ** |
| FILE #: | 219237 |
| REF #: | NPP |
| DATE OF SERVICE: | 9/18/2021 |
| TIME OF SERVICE: | 12:00 PM |
| Next Action: | No Further Action |

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 22th day of September, 2021

| | | |
|---|---|---|
| FEES: | $85.00 | Service Fee |
| | $46.05 | Postage Fee |
| | $34.95 | Other Fee |
| | $166.00 | Total |

*Thomas P. Zollars*

**DECLARANT'S SIGNATURE**

**Tom Zollars**

Process server licensed in Maricopa County #5104

SUPERIOR PROCESS SERVICES, INC.
7701 E. Indian School Suite E
Scottsdale, Arizona 85251
(480) 429-6886



SUPERIOR PROCESS SERVICES, INC.
7701 EAST INDIAN SCHOOL RD., SUITE E.
SCOTTSDALE, AZ 85251

KALYSTA MALLORY
4544 WEST LUPINE AVENUE
GLENDALE, AZ 85304

CERTIFIED MAIL

7020 1810 0001 8230 7470

U.S. POSTAGE PAID
FOUNTAIN HILLS, AZ
AMOUNT
$15.35
R2304M16971-08



SUPERIOR PROCESS SERVICES, INC.
7701 EAST INDIAN SCHOOL RD. SUITE E
SCOTTSDALE, AZ 85251

KALYSTA MALLORY
7160 EAST KIERLAND BLVD. UNIT 914
SCOTTSDALE, AZ 85254

CERTIFIED MAIL

7020 1810 0001 9230 7764

U.S. POSTAGE PAID
$15.35

https://mail...



## U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**7470 1210 0001 1810 7020**

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Glendale AZ 85304

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $3.05 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

| | |
|---|---|
| Postage | $8.55 |
| $ | |
| Total Postage and Fees | $15.35 |
| $ | |

Sent To *KALYSTA MALLORY*
Street and Apt. No., or PO Box No. *4544 W. LUPINE AVENUE*
City, State, ZIP+4® *GLENDALE, AZ 8304*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here — FOUNTAIN HILLS AZ 0637 06 SEP 18 2024 85268 08/18/2021

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**7020 1810 0001 1210 8834**

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Scottsdale AZ 85254

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $3.05 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

| | |
|---|---|
| Postage | $8.55 |
| $ | |
| Total Postage and Fees | $15.35 |
| $ | |

Sent To *KALYSTA MALLORY*
Street and Apt. No., or PO Box No. *7160 E. KIERLAND Blvd. # 914*
City, State, ZIP+4® *SCOTTSDALE AZ 85254*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here — FOUNTAIN HILLS AZ 0637 06 SEP 18 2024 85268 08/18/2021

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**7487 1210 0001 1210 ...**

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Scottsdale AZ 85254

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $3.05 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here — FOUNTAIN HILLS AZ 06 SEP 18 85268

 Gmail

Thomas Zollars <tom@superiorprocessservices.com>

---

# DIGITAL MARKETING ADVISORS VS KALYSTA MALLORY

1 message

**Thomas Zollars** <tom@superiorprocessservices.com>                    Sat, Sep 18, 2021 at 9:17 AM
To: MALLORYKALYSTA@gmail.com

Dear Mrs. Kalysta Mallory,

Pleas find a copy of the suit, digital Marketing Advisors vs Kalysta Mallory, case number  2:21-cv-4509-JFW (KESx).  The attached documents are being emailed to you to satisfy the emailing requirement contained in the Plaintiff's "ORDER GRANTING MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE".

Sincerely,

--
Thomas P. Zollars
Superior Process Services, Inc.
7701 East Indian School Rd., Suite E
Scottsdale,  AZ 85251

PH-480-429-6886
FX-480-464-4622

📄 **DIGITAL MARKETING ADVISORS VS KALYSTA MALLORY ALT SVC.pdf**
4154K